Friday, June 24, 2011

Mr. Percy L. Isgitt
Isgitt, Dees & Turcotte
800 Sawyer St.
Houston, TX 77007

Ms. Amy Douthitt Maddux
Shipley Snell Montgomery LLP
4600 First City Tower, 1001 Fannin
Houston, TX 77002
Mr. Richard L. Tate
Tate Moerer & King, LLP
206 South 2nd Street
Richmond, TX 77469

RE: Case Number: 10-0592
 Court of Appeals Number: 14-08-00756-CV
 Trial Court Number: 06-CV-148738

Style: JOHN GANIM
 v.
 J. FAROUK (FRANK) ALATTAR

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Mr. Christopher A.|
| |Prine |
| |Ms. Annie Elliot |